UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEMSEY GARY TAYLOR,

    Plaintiff,                                    Hon. Paul L. Maloney

v.                                                 Case No. 1:14-cv-294

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**JUDGMENT**

        Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of defendant affirming the Commissioner's decision.

Dated:  March 24, 2015                    /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge